

Reliance Standard Life Insurance Company   1700 Market Street Suite 1200 Philadelphia, PA 19103   +1 (800) 3517500
Allante Talbert   2027 Bouvier Street Philadelphia, PA 19145

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Allante Talbert | Reliance Standard Life Insurance Compan | 6830 | 12/10/2023 | 12/23/2023 | 12/21/2023 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 75.00 | 3,184.62 | 386.83 | 922.59 | 262.36 | 1,612.84 |
| YTD | 1,734.00 | 88,889.53 | 10,115.28 | 26,210.60 | 6,534.60 | 46,029.05 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Annual Incentive | | 0 | | 0 | | 3,504.31 | Social Security | 185.31 | 5,195.60 |
| DEI Council Bonus | | 0 | | 0 | | 3,087.34 | Medicare | 43.34 | 1,215.10 |
| Regular | 12/10/2023 - 12/23/2023 | 75 | 42.4615 | 3,184.62 | 1734 | 72,980.16 | Federal Withholding | 480.62 | 13,815.06 |
| Spot Bonus | | 0 | | 0 | | 250.00 | State Tax - PA | 91.76 | 2,572.66 |
| Diversity Day | | 0 | | | 7.5 | 318.53 | SUI-Employee Paid - PA | 2.14 | 59.88 |
| Paid Time Off | | 0 | | | 208.5 | 8,749.19 | City Tax - PHILA | 119.42 | 3,352.30 |
| Earnings | | | | 3,184.62 | | 88,889.53 | Employee Taxes | 922.59 | 26,210.60 |

| Pre-Tax Deductions | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Pre-tax | 191.08 | 5,025.78 | 401K Loan (Loan01) | 183.91 | 4,557.80 |
| Dental Pre-Tax | 11.93 | 310.18 | 401K Roth | 63.70 | 1,593.30 |
| Health Saving Account | 128.85 | 3,350.10 | Critical Illness | 5.40 | 140.40 |
| Medical Pre-Tax | 52.08 | 1,354.08 | HOSP-INDEMN | 5.04 | 131.04 |
| Vision Pre-Tax | 2.89 | 75.14 | Vol Accident | 2.94 | 76.44 |
| | | | Voluntary AD&D | 0.17 | 4.42 |
| | | | Voluntary Group Term Life | 1.20 | 31.20 |
| Pre-Tax Deductions | 386.83 | 10,115.28 | Post-Tax Deductions | 262.36 | 6,534.60 |

| Employer Paid & Non Cash Taxable Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match | 127.39 | 3,555.69 | OASDI - Taxable Wages | 2,988.87 | 83,800.03 |
| HSA Employer Contribution | 19.23 | 499.98 | Medicare - Taxable Wages | 2,988.87 | 83,800.03 |
| | | | Federal Withholding - Taxable Wages | 2,797.79 | 78,774.25 |
| | | | State Tax Taxable Wages - PA | 2,988.87 | 83,800.03 |
| Employer Paid & Non Cash Taxable Benefits | 146.62 | 4,055.67 | City Tax Taxable Wages - PHILA | 3,184.62 | 88,889.53 |

| | Federal | State | Absence Plans | | |
|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 2 | Reliance Paid Time Off (PTO) | 0 | 0 | 15.27 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citi Bank | Citi Bank ******8615 | ******8615 | | 812.84   USD |
| PSECU | PSECU ******7288 | ******7288 | | 200.00   USD |
| Santander Bank | Santander Bank ******6129 | ******6129 | | 600.00   USD |



Reliance Standard Life Insurance Company   1700 Market Street Suite 1200 Philadelphia, PA 19103   +1 (800) 3517500
Allante Talbert   2027 Bouvier Street Philadelphia, PA 19145

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Allante Talbert | Reliance Standard Life Insurance Compan | 6830 | 12/24/2023 | 01/06/2024 | 01/04/2024 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.00 | 3,184.75 | 392.05 | 910.48 | 264.18 | 1,618.04 |
| YTD | 60.00 | 3,184.75 | 392.05 | 910.48 | 264.18 | 1,618.04 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Paid Time Off | 12/24/2023 - 01/06/2024 | 15 | 42.47 | 637.05 | 15 | 637.05 | Social Security | 184.99 | 184.99 |
| Regular | 12/24/2023 - 01/06/2024 | 60 | 42.4615 | 2,547.70 | 60 | 2,547.70 | Medicare | 43.26 | 43.26 |
| | | | | | | | Federal Withholding | 469.06 | 469.06 |
| | | | | | | | State Tax - PA | 91.60 | 91.60 |
| | | | | | | | SUI-Employee Paid - PA | 2.14 | 2.14 |
| | | | | | | | City Tax - PHILA | 119.43 | 119.43 |
| Earnings | | | | 3,184.75 | | 3,184.75 | Employee Taxes | 910.48 | 910.48 |

| Pre-Tax Deductions | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Pre-tax | 191.09 | 191.09 | 401K Loan (Loan01) | 183.91 | 183.91 |
| Dental Pre-Tax | 11.93 | 11.93 | 401K Roth | 63.70 | 63.70 |
| Health Saving Account | 128.85 | 128.85 | Critical Illness | 6.65 | 6.65 |
| Medical Pre-Tax | 57.29 | 57.29 | HOSP-INDEMN | 5.04 | 5.04 |
| Vision Pre-Tax | 2.89 | 2.89 | Vol Accident | 2.94 | 2.94 |
| | | | Voluntary AD&D | 0.17 | 0.17 |
| | | | Voluntary Group Term Life | 1.77 | 1.77 |
| Pre-Tax Deductions | 392.05 | 392.05 | Post-Tax Deductions | 264.18 | 264.18 |

| Employer Paid & Non Cash Taxable Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match | 127.39 | 127.39 | OASDI - Taxable Wages | 2,983.79 | 2,983.79 |
| HSA Employer Contribution | 19.23 | 19.23 | Medicare - Taxable Wages | 2,983.79 | 2,983.79 |
| | | | Federal Withholding - Taxable Wages | 2,792.70 | 2,792.70 |
| | | | State Tax Taxable Wages - PA | 2,983.79 | 2,983.79 |
| Employer Paid & Non Cash Taxable Benefits | 146.62 | 146.62 | City Tax Taxable Wages - PHILA | 3,184.75 | 3,184.75 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 2 | Reliance Paid Time Off (PTO) | 15.63 | 15 | 15.9 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Citi Bank | Citi Bank ******8615 | ******8615 | | 818.04 | USD |
| PSECU | PSECU ******7288 | ******7288 | | 200.00 | USD |
| Santander Bank | Santander Bank ******6129 | ******6129 | | 600.00 | USD |



Reliance Standard Life Insurance Company   1700 Market Street Suite 1200 Philadelphia, PA 19103   +1 (800) 3517500
Allante Talbert   2027 Bouvier Street Philadelphia, PA 19145

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Allante Talbert | Reliance Standard Life Insurance Compan | 6830 | 01/07/2024 | 01/20/2024 | 01/18/2024 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 67.50 | 3,184.69 | 392.05 | 910.49 | 264.10 | 1,618.05 |
| YTD | 127.50 | 6,369.44 | 784.10 | 1,820.97 | 528.28 | 3,236.09 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Paid Time Off | 01/07/2024 - 01/20/2024 | 7.5 | 42.47 | 318.53 | 22.5 | 955.58 | Social Security | 185.00 | 369.99 |
| Regular | 01/07/2024 - 01/20/2024 | 67.5 | 42.4615 | 2,866.16 | 127.5 | 5,413.86 | Medicare | 43.27 | 86.53 |
| | | | | | | | Federal Withholding | 469.05 | 938.11 |
| | | | | | | | State Tax - PA | 91.60 | 183.20 |
| | | | | | | | SUI-Employee Paid - PA | 2.14 | 4.28 |
| | | | | | | | City Tax - PHILA | 119.43 | 238.86 |
| Earnings | | | | 3,184.69 | | 6,369.44 | Employee Taxes | 910.49 | 1,820.97 |

| Pre-Tax Deductions | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Pre-tax | 191.09 | 382.18 | 401K Loan (Loan01) | 183.91 | 367.82 |
| Dental Pre-Tax | 11.93 | 23.86 | 401K Roth | 63.70 | 127.40 |
| Health Saving Account | 128.85 | 257.70 | Critical Illness | 6.65 | 13.30 |
| Medical Pre-Tax | 57.29 | 114.58 | HOSP-INDEMN | 5.04 | 10.08 |
| Vision Pre-Tax | 2.89 | 5.78 | MISC | -0.08 | -0.08 |
| | | | Vol Accident | 2.94 | 5.88 |
| | | | Voluntary AD&D | 0.17 | 0.34 |
| | | | Voluntary Group Term Life | 1.77 | 3.54 |
| Pre-Tax Deductions | 392.05 | 784.10 | Post-Tax Deductions | 264.10 | 528.28 |

| Employer Paid & Non Cash Taxable Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match | 127.39 | 254.78 | OASDI - Taxable Wages | 2,983.73 | 5,967.52 |
| HSA Employer Contribution | 19.23 | 38.46 | Medicare - Taxable Wages | 2,983.73 | 5,967.52 |
| | | | Federal Withholding - Taxable Wages | 2,792.64 | 5,585.34 |
| | | | State Tax Taxable Wages - PA | 2,983.73 | 5,967.52 |
| Employer Paid & Non Cash Taxable Benefits | 146.62 | 293.24 | City Tax Taxable Wages - PHILA | 3,184.69 | 6,369.44 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 2 | Reliance Paid Time Off (PTO) | 0 | 7.5 | 8.4 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Citi Bank | Citi Bank ******8615 | ******8615 | | 818.05 | USD |
| PSECU | PSECU ******7288 | ******7288 | | 200.00 | USD |
| Santander Bank | Santander Bank ******6129 | ******6129 | | 600.00 | USD |



Reliance Standard Life Insurance Company   1700 Market Street Suite 1200 Philadelphia, PA 19103   +1 (800) 3517500
Allante Talbert   2027 Bouvier Street Philadelphia, PA 19145

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Allante Talbert | Reliance Standard Life Insurance Compan | 6830 | 02/18/2024 | 03/02/2024 | 02/29/2024 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.00 | 3,184.76 | 392.05 | 910.48 | 264.18 | 1,618.05 |
| YTD | 322.50 | 16,423.57 | 1,990.24 | 4,728.48 | 1,330.82 | 8,374.03 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Paid Time Off | 02/18/2024 - 03/02/2024 | 7.5 | 42.47 | 318.53 | 52.5 | 2,229.69 | Social Security | 184.99 | 955.96 |
| Regular | 02/18/2024 - 03/02/2024 | 67.5 | 42.4615 | 2,866.16 | 322.5 | 13,693.88 | Medicare | 43.26 | 223.57 |
| Spot Bonus | | | | 0 | 0 | 500.00 | Federal Withholding | 469.06 | 2,448.66 |
| Paid Time Off | 02/04/2024 - 02/17/2024 | 7.5 | 42.47 | 318.53 | | | State Tax - PA | 91.60 | 473.35 |
| Regular | 02/04/2024 - 02/17/2024 | -75 | 42.4615 | -3,184.62 | | | SUI-Employee Paid - PA | 2.14 | 11.05 |
| Regular | 02/04/2024 - 02/17/2024 | 67.5 | 42.4615 | 2,866.16 | | | City Tax - PHILA | 119.43 | 615.89 |
| Earnings | | | | 3,184.76 | | 16,423.57 | Employee Taxes | 910.48 | 4,728.48 |

| Pre-Tax Deductions | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Pre-tax | 191.09 | 985.44 | 401K Loan (Loan01) | 183.91 | 919.55 |
| Dental Pre-Tax | 11.93 | 59.65 | 401K Roth | 63.70 | 328.50 |
| Health Saving Account | 128.85 | 644.25 | Critical Illness | 6.65 | 33.25 |
| Medical Pre-Tax | 57.29 | 286.45 | HOSP-INDEMN | 5.04 | 25.20 |
| Vision Pre-Tax | 2.89 | 14.45 | MISC | | -0.08 |
| | | | Vol Accident | 2.94 | 14.70 |
| | | | Voluntary AD&D | 0.17 | 0.85 |
| | | | Voluntary Group Term Life | 1.77 | 8.85 |
| Pre-Tax Deductions | 392.05 | 1,990.24 | Post-Tax Deductions | 264.18 | 1,330.82 |

| Employer Paid & Non Cash Taxable Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match | 127.40 | 656.96 | OASDI - Taxable Wages | 2,983.80 | 15,418.77 |
| HSA Employer Contribution | 19.23 | 96.15 | Medicare - Taxable Wages | 2,983.80 | 15,418.77 |
| | | | Federal Withholding - Taxable Wages | 2,792.71 | 14,433.33 |
| | | | State Tax Taxable Wages - PA | 2,983.80 | 15,418.77 |
| Employer Paid & Non Cash Taxable Benefits | 146.63 | 753.11 | City Tax Taxable Wages - PHILA | 3,184.76 | 16,423.57 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 2 | Reliance Paid Time Off (PTO) | 15.63 | 15 | 2.16 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citi Bank | Citi Bank ******8615 | ******8615 | | 818.05 USD |
| PSECU | PSECU ******7288 | ******7288 | | 200.00 USD |
| Santander Bank | Santander Bank ******6129 | ******6129 | | 600.00 USD |



Reliance Standard Life Insurance Company   1700 Market Street Suite 1200 Philadelphia, PA 19103   +1 (800) 3517500
Allante Talbert   2027 Bouvier Street Philadelphia, PA 19145

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Allante Talbert | Reliance Standard Life Insurance Compan | 6830 | 03/03/2024 | 03/16/2024 | 03/14/2024 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.00 | 3,184.75 | 455.74 | 895.21 | 264.18 | 1,569.62 |
| YTD | 382.50 | 19,608.32 | 2,445.98 | 5,623.69 | 1,595.00 | 9,943.65 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Paid Time Off | 03/03/2024 - 03/16/2024 | 7.5 | 42.47 | 318.53 | 67.5 | 2,866.74 | Social Security | 185.00 | 1,140.96 |
| Regular | 03/03/2024 - 03/16/2024 | 67.5 | 42.4615 | 2,866.16 | 382.5 | 16,241.58 | Medicare | 43.27 | 266.84 |
| Spot Bonus | | | | 0 | 0 | 500.00 | Federal Withholding | 453.78 | 2,902.44 |
| Paid Time Off | 02/18/2024 - 03/02/2024 | -7.5 | 42.47 | -318.53 | | | State Tax - PA | 91.60 | 564.95 |
| Paid Time Off | 02/18/2024 - 03/02/2024 | 15 | 42.47 | 637.05 | | | SUI-Employee Paid - PA | 2.13 | 13.18 |
| Regular | 02/18/2024 - 03/02/2024 | -67.5 | 42.4615 | -2,866.16 | | | City Tax - PHILA | 119.43 | 735.32 |
| Regular | 02/18/2024 - 03/02/2024 | 60 | 42.4615 | 2,547.70 | | | | | |
| Earnings | | | | 3,184.75 | | 19,608.32 | Employee Taxes | 895.21 | 5,623.69 |

| Pre-Tax Deductions | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Pre-tax | 254.78 | 1,240.22 | 401K Loan (Loan01) | 183.91 | 1,103.46 |
| Dental Pre-Tax | 11.93 | 71.58 | 401K Roth | 63.70 | 392.20 |
| Health Saving Account | 128.85 | 773.10 | Critical Illness | 6.65 | 39.90 |
| Medical Pre-Tax | 57.29 | 343.74 | HOSP-INDEMN | 5.04 | 30.24 |
| Vision Pre-Tax | 2.89 | 17.34 | MISC | | -0.08 |
| | | | Vol Accident | 2.94 | 17.64 |
| | | | Voluntary AD&D | 0.17 | 1.02 |
| | | | Voluntary Group Term Life | 1.77 | 10.62 |
| Pre-Tax Deductions | 455.74 | 2,445.98 | Post-Tax Deductions | 264.18 | 1,595.00 |

| Employer Paid & Non Cash Taxable Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match | 127.39 | 784.35 | OASDI - Taxable Wages | 2,983.79 | 18,402.56 |
| HSA Employer Contribution | 19.23 | 115.38 | Medicare - Taxable Wages | 2,983.79 | 18,402.56 |
| | | | Federal Withholding - Taxable Wages | 2,729.01 | 17,162.34 |
| | | | State Tax Taxable Wages - PA | 2,983.79 | 18,402.56 |
| Employer Paid & Non Cash Taxable Benefits | 146.62 | 899.73 | City Tax Taxable Wages - PHILA | 3,184.75 | 19,608.32 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 2 | Reliance Paid Time Off (PTO) | 0 | 7.5 | -5.34 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citi Bank | Citi Bank ******8615 | ******8615 | 769.62 | USD |
| PSECU | PSECU ******7288 | ******7288 | 200.00 | USD |
| Santander Bank | Santander Bank ******6129 | ******6129 | 600.00 | USD |