B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re   ALLANTE SHERESE TALBERT                                   Case No.  24-10881

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| ___Resurgent Receivables LLC___ <br> Name of Transferee | Resurgent Capital Services as servicing agent for Best Egg <br> Name of Transferor |

Name and Address where notices to transferee should be sent:

    Resurgent Receivables LLC
    c/o Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587

Court Claim # (if known): __10__
Amount of Claim: _____ $1,883.77
Date Claim Filed: _____ 05/09/2024

Phone:  (877) 264-5884
Last Four Digits of Acct #:  ___0215___

Phone: _____
Last Four Digits of Acct. #: __8542__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Brandie McCann__                    Date: 6/27/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.