United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-10881-pmm

Allante Sherese Talbert     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Nov 19, 2024     Form ID: 155     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Allante Sherese Talbert, 2027 S Bouvier St, Philadelphia, PA 19145-2909 |
| 14909429 | + | Lakeview Loan Servicing, LLC, C/O Marisa Myers Cohen, Attorney for Lakeview Loan Servicing, LL, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 14865257 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14865231 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 20 2024 00:39:23 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14865232 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 20 2024 00:26:30 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 14865238 | | Email/Text: megan.harper@phila.gov | Nov 20 2024 00:29:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14865243 | | Email/Text: bankruptcy@creditkarma.com | Nov 20 2024 00:29:00 | Credit Karma/Credit Builder, Attn: Bankruptcy 1100 Broadway .Ste 1800, Oakland, CA 94607 |
| 14865233 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 20 2024 00:27:30 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14868385 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 20 2024 00:27:31 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14865235 | ^ | MEBN | Nov 20 2024 00:21:56 | Cherry Technologies Inc, Attn: Bankruptcy 2261 Market Street #486, San Francisco, CA 94114-1612 |
| 14865236 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 20 2024 00:40:26 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14889219 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 20 2024 00:38:44 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14865237 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 20 2024 00:38:32 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14865239 | | Email/Text: bankruptcy@philapark.org | Nov 20 2024 00:29:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14865240 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2024 00:29:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14865241 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2024 00:29:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

Case 24-10881-pmm    Doc 30    Filed 11/21/24    Entered 11/22/24 00:41:47    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 155 | Total Noticed: 53 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14865242 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 20 2024 00:29:00 | | Comenity/Alphaeoncos, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14865244 | | Email/Text: mrdiscen@discover.com | Nov 20 2024 00:28:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14865246 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 20 2024 00:38:44 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14867204 | | Email/Text: mrdiscen@discover.com | Nov 20 2024 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14865245 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2024 00:29:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14865234 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 20 2024 00:27:30 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14872680 | + | Email/Text: RASEBN@raslg.com | Nov 20 2024 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14880253 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 20 2024 00:29:00 | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |
| 14889190 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2024 00:27:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14865247 | | Email/Text: EBN@Mohela.com | Nov 20 2024 00:29:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14875005 | | Email/PDF: bankruptcy_prod@navient.com | Nov 20 2024 00:26:34 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14875038 | | Email/PDF: bankruptcy_prod@navient.com | Nov 20 2024 00:39:26 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14865248 | | Email/PDF: bankruptcy_prod@navient.com | Nov 20 2024 00:40:12 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14865249 | | Email/PDF: bankruptcy_prod@navient.com | Nov 20 2024 00:39:19 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14875655 | | Email/PDF: bankruptcy_prod@navient.com | Nov 20 2024 00:27:29 | Navient Solutions, LLC., PO BOX 9000, Wilkes-Barre, PA 18773-9000 |
| 14865250 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 20 2024 00:29:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14865251 | | Email/Text: bnc@nordstrom.com | Nov 20 2024 00:29:59 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14879986 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 20 2024 00:29:00 | Nordstrom, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14865252 | + | Email/PDF: cbp@omf.com | Nov 20 2024 00:26:34 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14865253 | | Email/PDF: cbp@omf.com | Nov 20 2024 00:26:30 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14865254 | | Email/Text: fesbank@attorneygeneral.gov | Nov 20 2024 00:29:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14865255 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14865256 | ^ | MEBN | Nov 20 2024 00:21:58 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14865258 | | Email/Text: bankruptcy@philapark.org | Nov 20 2024 00:29:00 | Philadelphia Parking Authority, Bankruptcy |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 155 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14891141 | | Email/Text: bnc-quantum@quantum3group.com | Nov 20 2024 00:29:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14890814 | | Email/Text: bnc-quantum@quantum3group.com | Nov 20 2024 00:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14865259 | ^ | MEBN | Nov 20 2024 00:21:58 | Renasant Bank, Attn: Bankruptcy 209 Troy St, Tupelo, MS 38804-4827 |
| 14882058 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2024 00:40:13 | Resurgent Capital Services, As servicing agent for Best Egg, PO Box 10587, Greenville, SC 29603-0587 |
| 14901505 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2024 00:38:19 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14890931 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 20 2024 00:27:29 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14865260 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 00:40:17 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14865261 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 00:40:21 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14865262 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 00:40:17 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14865263 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 20 2024 00:29:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14865264 | ^ | MEBN | Nov 20 2024 00:21:50 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14865265 | | Email/Text: bknotice@upgrade.com | Nov 20 2024 00:28:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14865266 | + | Email/Text: LCI@upstart.com | Nov 20 2024 00:29:00 | Upstart, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2024          Signature:     /s/Gustava Winters

District/off: 0313-2  User: admin  Page 4 of 4
Date Rcvd: Nov 19, 2024  Form ID: 155  Total Noticed: 53

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Allante Sherese Talbert help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Allante Sherese Talbert

   Debtor(s).

Case No. 24−10881−pmm

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 19, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court