## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Allante Sherese Talbert,<br><br>*Debtor*. | Chapter 13<br>Case No. 24-10881-PMM |

### Motion to Modify Plan After Confirmation

Debtor Allante Sherese Talbert, through her attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on March 15, 2024. The plan was confirmed on November 19, 2024. The plan is a pro-rata plan.

2. The Trustee recently filed a motion to dismiss this case for failure to make plan payments.

3. The Debtor wants to amend her plan to resolve the dismissal motion.

4. The proposed plan cures the arrears that gave rise to the dismissal motion by increasing the Debtor's monthly plan payments moving forward.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 37 as the new confirmed plan.

6. The Debtor has filed a supplemental Schedule J as evidence of the Debtor's ability to fund the new plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: August 21, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com