# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Allante Sherese Talbert,<br><br>*Debtor.* | Chapter 13<br>Case No. 24-10881-PMM |

### Order Granting Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan filed as ECF No. 38 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The modified plan filed as ECF No. 37 is **APPROVED**.

Date:

                                                     Honorable Patricia M. Mayer
                                                     U.S. Bankruptcy Judge