## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Allante Sherese Talbert, | Chapter 13 |
| | Case No. 24-10881-PMM |
| *Debtor.* | |

### Order Granting Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan

filed as ECF No. 38 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The modified plan filed as ECF No. 37 is **APPROVED**.

Date:       9/23/25

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge